JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAVASU WATER CO.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES and its DEPARTMENT OF INTERIOR, and all of its divisions, departments, bureaus, on behalf of the beneficial owners of its public lands, and DOES 1-10,<br><br>Defendants. | No. EDCV 24-464-GW-SPx<br><br>**JUDGMENT IN FAVOR OF DEFENDANT**<br><br>Honorable George H. Wu<br>United States District Judge |

1

On October 9, 2024, this Court, after considering the arguments of the parties and the papers submitted, issued a final ruling on defendant United States of America's Motion to Dismiss the Second Amended Complaint filed by Plaintiff Havasu Water Company. Dkt. 43. In accordance with the Court's final ruling:

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Defendant United States of America's Motion to Dismiss is GRANTED on the grounds stated in the Court's Order dated October 9, 2024 (Dkt. 43);

2. The claims asserted in Plaintiff's Second Amended Complaint against the Defendant are DISMISSED WITH PREJUDICE;

3. Judgment in this action is entered in favor of Defendant and against Plaintiff on all claims in this action;

4. Plaintiff shall take nothing against Defendant; and

5. Defendant shall be entitled to costs pursuant to Federal Rule of Civil Procedure, Rule 54(d)(1).

Dated: October 15, 2024

_____
HON. GEORGE H. WU,
United States District Judge

2